UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
WILL ISNADY, *individually and on behalf of In re: Will Isnady (Debtor)*,

                      Plaintiff,

    -against-                                    21 **CIVIL** 3730 (NSR)

## JUDGMENT

VILLAGE OF WALDEN and VILLAGE OF
WALDEN POLICE DEPARTMENT,

                      Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated August 22, 2022, the Court GRANTED Defendants' motion to dismiss DISMISSED Plaintiff's Complaint without prejudice for lack of subject matter jurisdiction; accordingly, the case is closed.

**Dated:** New York, New York

      August 22, 2022

                                                                **RUBY J. KRAJICK**
                                                                _____
                                                                 **Clerk of Court**
                                      **BY:**      *J. Saviñon*
                                                                 _____
                                                                  **Deputy Clerk**